UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| COREY MATTHEW CAMPANA, | ) | 3:15-cv-00192-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 29, 2016 |
| ADAM ZEHR, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion to Stay Discovery (ECF No. 30) pending a decision on Defendant's Motion for Judgment on the Pleadings (ECF No. 28). The record reflects that no response to the motion to stay has been filed (ECF No. 37).

Local Rule 7-2(d) provides in pertinent part as follows:

***The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

Defendant presents good cause for this court to stay discovery pending resolution of Defendant's Motion for Judgment on the Pleadings (ECF No. 28). Defendant's motion (ECF No. 30) is therefore **GRANTED.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk