## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| COREY MATTHEW CAMPANA, | ) | 3:15-cv-00192-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 10, 2016 |
| ADAM ZEHR, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's Motion for 30 Day Stay (ECF No. 39). Plaintiff seeks the stay up to and including June 1, 2016, to allow the parties time to reach a resolution favorable to both parties. (*Id.*)  Defendant initially opposed the motion (ECF No. 40), but subsequently filed a motion to withdraw his opposition to the motion (ECF No. 41) and a notice of non-opposition to the motion for a 30 day stay (ECF No. 42).

Good cause appearing, Defendant's motion to withdraw his opposition (ECF No. 41) and Plaintiff's motion for a 30 day stay **to and including June 1, 2016** (ECF No. 39) are **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk